IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:19-cv-77

| | |
|---|---|
| DAVID DONOVAN, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NCI BUILDING SYSTEMS, INC, NCI )<br>GROUP, INC, CENTRIA )<br>ARCHITECTURAL SYSTEMS, and )<br>CENTRIA, INC., )<br>)<br>  Defendants. ) | **NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff David Donovan, by and through undersigned counsel, and files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties shall bear their own costs and expenses.

This the 19th day of June, 2019.

*/s/ Kevin P. Murphy*
Kevin P. Murphy (Bar No. 41467)
Sean F. Herrmann (Bar No. 44453)
Herrmann & Murphy, PLLC
1712 Euclid Avenue
Charlotte, North Carolina 28203
Phone: 704-940-6399
Fax: 704-940-6407
Email: kevin@herrmannmurphy.com
Email: sean@herrmannmurphy.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that the pleading to which this certificate is attached was served upon each party to this action by filing the same using the Court's CM/ECF system and by emailing the same to Defendants' counsel as follows:

John McDonald
McGuire Woods
201 N. Tryon Street, Suite 300
Charlotte, NC 28202-2146
704-343-2276 (P)
704-444-8753 (F)
JMcDonald@mcguirewoods.com

Michelle Mahony
Muskat, Mahony & Devine, LLP
1201 Louisiana Street, Suite 850
Houston, Texas 77002
713-987-7849 (P)
713-987-7854 (F)
mmahony@m2dlaw.com

*Attorneys for Defendants*

This the 19th day of June, 2019.

/s/ Kevin P. Murphy
Kevin P. Murphy
North Carolina Bar No. 41467
Sean F. Herrmann
North Carolina Bar No. 44453
Herrmann & Murphy, PLLC
1712 Euclid Avenue
Charlotte, North Carolina 28203
Phone: 704-940-6399
Fax: 704-940-6407
Email: kevin@herrmannmurphy.com
Email: sean@herrmannmurphy.com

*Attorneys for Plaintiff*